# EXHIBIT "A"

Case Number: CACE-19-018195 Division: 13
Filing # 95062301 E-Filed 08/30/2019 03:19:36 PM

| | |
|---|---|
| SOPHONIE PIERRE,<br><br>    Plaintiff, | IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA |
| vs. | CIVIL DIVISION |
| AIDS HEALTHCARE FOUNDATION, INC., a California corporation<br><br>    Defendant.<br>_____/ | CASE NO. |

## COMPLAINT

Plaintiff, SOPHONIE PIERRE, ("PIERRE") by and through her undersigned counsel, files this her Complaint against Defendant, AIDS HEALTHCARE FOUNDATION, INC., ("AHF" and/or "DEFENDANT"), and in support thereof states as follows:

### JURISDICTION

1. This is an action for damages in excess of $15,000.00, declaratory and equitable relief.

2. Plaintiff is a resident of Broward County, *sui juris*, and was employed by Defendant in the capacity of pharmacy technician.

3. Defendant is a corporation doing business in Broward County, Florida and is otherwise *sui juris*.

### VENUE

4. Venue is appropriate in Broward County, Florida because Defendant has an office there; and the acts which give rise to the filing of this action occurred within Broward County, Florida.

### FACTS

5. This is a claim brought under the Florida Whistleblower's Act, § 448.101, *et. seq.*, Fla.Stat.

EXHIBIT "A"

LAW OFFICES OF SHAWN L. BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300, Fort Lauderdale, Florida 33394
Phone: 954.990.4320 | Fax: 954.990.4469
www.birken-law.com
*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 08/30/2019 03:19:34 PM.****

6. Plaintiff was hired on June 13, 2016 to work for AHF as a pharmacy technician.

7. Plaintiff performed her duties with distinction throughout her employment.

8. Plaintiff worked without incident until Briana Moe was hired as her immediate supervisor in late April/early May of 2018 in the position of Pharmacist in Charge.

9. Briana Moe continuously made offensive comments that she sometimes attempted to pass off as humor.

10. Moe would joke about employees stealing controlled substances.

11. When Plaintiff complained to HR about Moe's behavior, she was told that she was "taking it the wrong way".

12. Moe called Plaintiff a loudmouth and said that Plaintiff "only had one level" when she speaks.

13. Moe also made a comment to an Indian employee after she returned from India, telling the employee that she "looked darker than usual".

14. On multiple occasions Plaintiff complained to HR about Moe's statement that there were missing controlled substances, as well as her ongoing usage of other employees' sign in to improperly process prescriptions.

15. After Plaintiff complained about Moe filling a prescription using another employee's credentials, Plaintiff was called into Moe's office wherein she advised Plaintiff that she would be removed from all inventory tasks and that another employee would be assigned to take over.

16. Moe continued to fill prescriptions using another employee's credentials.

17. On January 16, 2019 Plaintiff again complained about Moe's filling a prescription using another employee's credentials.

LAW OFFICES OF SHAWN L. BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300, Fort Lauderdale, Florida 33394
Phone: 954.990.4320 | Fax: 954.990.4469
www.birken-law.com

18. On January 29, 2019, under the pretext that she was abusing company time, Plaintiff was terminated from her employment with AIDS Healthcare Foundation. Defendant's reason for terminating Plaintiff was pretextual.

19. The accusation was that Plaintiff exceeded the two fifteen-minute breaks she receives in a workday. Plaintiff did not exceed the breaks. Even if she had, which she had not, multiple employees have exceeded the breaks on multiple occasions.

20. No employee had been terminated for exceeding breaks.

21. Plaintiff complained and refused to ignore or participate in the violations set forth herein on numerous occasions.

22. Plaintiff was retaliated against for complaining about Moe's violations of a law, rule or regulation.

23. Moe's actions violated The Department of Justice Pharmacist Manual regarding filling improper prescriptions and the laws relating to controlled substances.

24. Moe's actions were in violation of Title 21 Code of Federal Regulations 1306.05 manner of issuance of prescriptions.

25. Moe's actions were in contravention of § 465.015, Florida Statute.

26. Plaintiff's opposition to the unlawful conduct of Defendant constituted protected activity within the meaning of § 448.101, *et. seq.*, Fla.Stat.

27. As a direct and immediate result of Plaintiff's opposition to the unlawful practices of Defendant described above, Defendant altered the terms and conditions of Plaintiff's employment, including but not limited to, terminating her employment.

28. Due to Defendant's actions, Plaintiff has retained the Law Offices of Shawn L. Birken, P.A., to represent her in this action and is obligated to pay them a reasonable free for services.

LAW OFFICES OF SHAWN L. BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300, Fort Lauderdale, Florida 33394
Phone: 954.990.4320 | Fax: 954.990.4469
www.birken-law.com

## COUNT I

## VIOLATION OF THE FLORIDA WHISTLEBLOWER ACT

29.     Plaintiff realleges and reavers the allegations set forth in paragraphs 1 through 28 as if set forth fully herein.

30.     Plaintiff continuously complained that Defendant's employee violated laws, rules and regulations.

31.     As a direct and primary result of Plaintiff's complaints, Plaintiff suffered several adverse employment actions.

32.     The deprivation of responsibiliities, and the termination of Plaintiff's employment was in direct response to her opposition to unlawful practices of the Defendant and thus constituted a retaliatory personnel action within the meaning of § 448.101, Fla.Stat.

33.     By retaliating against Plaintiff on account of her protected activity, Defendant violated § 448.102 (3), Fla.Stat.

34.     As a direct result of Defendant's retaliatory termination of Plaintiff's employment, she has been damaged. She has lost income, perquisites of employment and has also suffered non-economic damages such as embarrassment, humiliation, loss of reputation and loss of enjoyment of life.

35.     Pursuant to § 448.103, Fla.Stat., Plaintiff is entitled to recover for her damages and to secure injunctive relief against Defendant as well as reinstatement to her former position.

36.     All conditions precedent to the bringing of this action have either been satisfied or waived.

37.     Plaintiff has retained the Law Offices of Shawn L. Birken, P.A. to represent her in this litigation and is entitled to recover her attorneys' fees pursuant to § 448.104, Fla.Stat.

LAW OFFICES OF SHAWN L. BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300, Fort Lauderdale, Florida 33394
Phone: 954.990.4320 | Fax: 954.990.4469
www.birken-law.com

WHEREFORE, Plaintiff demands judgment against Defendant for the following:

a. For economic damages, including but not limited to lost wages, lost perquisites of employment and benefits and prejudgment interest;

b. Injunctive relief requiring Defendant to cease and desist from its unlawful practices and ordering Defendant to reinstate Plaintiff to his previous employment;

c. Judgment for Plaintiff's attorneys' fees and costs; and

d. Order any other and further relief this Court deems to be just and proper.

## TRIAL BY JURY

Plaintiff demands trial by jury on all issues so triable by right.

Dated: 30th day of August, 2019.

                    Respectfully submitted,

                    LAW OFFICES OF
                    SHAWN L. BIRKEN, P.A.
                    Attorneys for Plaintiff
                    100 SE 3RD AVE, SUITE 1300
                    Ft. Lauderdale, Florida 33394
                    TEL: (954) 990-4459/ FAX: (954) 990-4469
                    Primary E-Mail: sbirken@birken-law.com
                    Secondary E-Mail: acabello@birken-law.com

                    By: /s/Shawn L. Birken
                          SHAWN L. BIRKEN
                          Florida Bar No.: 418765

Page | 5

LAW OFFICES OF SHAWN L. BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300, Fort Lauderdale, Florida 33394
Phone: 954.990.4320 | Fax: 954.990.4469
www.birken-law.com